UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| NEW FALLS CORPORATION, | ) | |
| Plaintiff, | ) | CASE NO. |
| v. | ) | _____ |
| SONI HOLDINGS, LLC, | ) | |
| Defendant. | ) | |

### PETITION FOR CONFIRMATION OF ARBITRATION AWARD

COMES NOW the Plaintiff, New Falls Corporation ("New Falls"), by and through its counsel, C. Ellis Brazeal III and JONES WALKER LLP, and for its Petition for Confirmation of Arbitration Award states as follows:

### JURISDICTION AND VENUE

1. Plaintiff, New Falls Corporation, is an Ohio corporation.

2. Upon information and belief, Soni Holdings, LLC ("Soni Holdings") is a domestic limited liability company created under the laws of the State of New York with its principal place of business in the state of New York.

3. Upon information and belief, no member of Soni Holdings is a resident of the state of Ohio.

4. The basis for the underlying arbitration was a promissory note (the "Note") executed by Soni Holdings in favor of AmSouth Bank, which had its principal place of business in Alabama, and the payments thereunder were to be made in Birmingham. A true and correct copy of the Note is attached as **Exhibit 1**.

{BH332838.1}

5. The Note provided that "any breach of any provision of this Note shall be settled by arbitration." See **Exhibit 1**, p. 3. The Note further provided Birmingham, Alabama as the site for the arbitration.

6. Accordingly, personal jurisdiction and venue is proper in this Court.

7. This Court has original jurisdiction over this action under 28 U.S.C. § 1332(a) since there is complete diversity between the parties and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

## REQUEST FOR CONFIRMATION

8. Pursuant to the terms of the Note, New Falls submitted this matter to arbitration in accordance with the Commercial Arbitration Rules of the American Arbitration Association.

9. The arbitrator, John P. Scott of Birmingham, Alabama, entered an award in favor of New Falls in the amount of Two Hundred Fifty-Seven Thousand Three Hundred Sixty-Four and 84/100 Dollars ($257,364.84), together with $3,500.00 (which constitutes Claimant's attorney's fees), and $4,570.00 for fees to the American Arbitration Association and the arbitrator, for a total of Two Hundred Sixty Five Thousand Four Hundred Thirty Four and 84/100 Dollars ($265,434.84). The Final Award of Arbitrator is attached hereto as **Exhibit 2**.

WHEREFORE, New Falls requests that, pursuant to 9 U.S.C. § 9, this Honorable Court enter a judgment confirming the attached Final Award of Arbitrator in the amount of Two Hundred Fifty-Seven Thousand Three Hundred Sixty-Four and 84/100 Dollars ($257,364.84), together with interest thereon as allowed by law, $3,500.00 (which constitutes Claimant's attorney's fees), and $4,570.00 for fees to the American Arbitration Association and the arbitrator, for a total of Two Hundred Sixty Five Thousand Four Hundred Thirty Four and 84/100 Dollars ($265,434.84) against Soni Holdings.

{BH332838.1}

Respectfully submitted this the 8th day of August, 2017,

/s/ C. Ellis Brazeal III
C. Ellis Brazeal III

**ATTORNEY FOR PLAINTIFF**
**NEW FALLS CORPORATION**

OF COUNSEL:
**JONES WALKER LLP**
1819 5th Avenue North
Suite 1100
Birmingham, AL 35203
T: (205) 244-5237 | (204) 244-5400
ebrazeal@joneswalker.com

**RETURN TO PLAINTIFF FOR SERVICE**
Defendant to be served via process server to the following address:

Deliver to:
Soni Holdings, LLC
c/o New York Secretary of State, as Agent
Department of State
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231-3804

{BH332838.1}