FILED
2017 Aug-08  PM 03:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

AMERICAN ARBITRATION ASSOCIATION

In the Matter of the Arbitration Between

NEW FALLS CORPORATION;  )
                        )
     And                ) CASE NO.: 01-16-0003-3556
                        )
SONI HOLDINGS, LLC,     )

Administrator: Allyson C. Connor

## FINAL AWARD OF ARBITRATOR

I, THE UNDERSIGNED Arbitrator, having been designated in accordance with the Arbitration Agreement entered into between the above-named Parties and dated May 14, 2007 and having been duly sworn and the oral hearing having been waived in accordance with the Rules and having fully reviewed and considered the written documents and other evidence submitted to me by the Claimant and Respondent having failed to submit documents or other evidence after due notice by mail in accordance with the Rules, do hereby AWARD as follows:

On the claim filed in this Arbitration seeking recovery on a Promissory Note, RESPONDENT SONI HOLDINGS, LLC shall pay to CLAIMANT NEW FALLS CORPORATION: (1) the sum of Two Hundred Fifty-Seven Thousand Three Hundred Sixty-Four Dollars and 84/100 ($257,364.84), which constitutes the total of amount of principal and interest due on said Note through May 8, 2017, and (2) the sum of $3,500.00, which constitutes Claimant's attorneys' fees.

{B2489120}

# EXHIBIT 2

The administrative fee of the American Arbitration Association totaling $2,650.00 and the compensation of the Arbitrator totaling $1,920.00 are to be borne by Respondent Soni Holdings, LLC. Therefore, Soni Holdings, LLC shall reimburse New Falls Corporation the sum of $4,570.00, upon demonstration by New Falls Corporation that these incurred costs have been paid.

Any other claims which the parties may have arising out of the facts alleged in this Arbitration are hereby denied and this Award is deemed final and in full resolution of all claims in this Arbitration.

I John P. Scott, Jr. do hereby affirm upon my Oath as Arbitrator that I am the individual described herein and have executed this instrument as my Final Award.

June 7, 2017
Dated

John P. Scott, Jr.
Arbitrator

{B2489120}

EXHIBIT 2